# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JEREMY BRAXTON**  **PETITIONER**
**ADC #122757**

v.  No. 3:24-cv-241-DPM

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**
**and ARKANSAS DEPARTMENT**
**OF CORRECTION**  **RESPONDENTS**

## ORDER

Unopposed recommendation, *Doc. 6*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Braxton's § 2254 petition, *Doc. 1*, will be dismissed with prejudice. The Court denies a certificate of appealability. 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 October 2025