IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEREMY BRAXTON**  PETITIONER
ADC #122757

v.  No. 3:24-cv-241-DPM

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**
**and ARKANSAS DEPARTMENT**
**OF CORRECTION**  RESPONDENTS

## JUDGMENT

Braxton's § 2254 petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 October 2025